# Third District Court of Appeal

## State of Florida

Opinion filed January 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2002
Lower Tribunal No. 20-2818
_____

**Luis Soto,**
Appellant,

vs.

**Florida Department of Transportation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Hoffman, Larin & Agnetti, P.A., and David L. Perkins and John B. Agnetti; Samson Appellate Law and Daniel M. Samson, for appellant.

Dutton Law Group P.A., and Sheridan Weissenborn, for appellee.

Before HENDON, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.